UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEBRA ANN FRAZIER                                           CIVIL ACTION

VERSUS                                                      NO. 17-3219

BP EXPLORATION & PRODUCTION                                 SECTION M (5)
INC., *et al.*

## ORDER & REASONS

Before the Court is a *Daubert* motion *in limine* to exclude the general causation opinions of plaintiff's medical expert Dr. Jerald Cook filed by defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. (collectively, "Defendants").[1] Plaintiff Debra Ann Frazier responds in opposition,[2] and Defendants reply in further support of their motion.[3]

Also before the Court is Defendants' motion for summary judgment in which they argue that the case should be dismissed because Frazier cannot prove general causation without Cook's opinions.[4] Frazier responds in opposition,[5] and Defendants reply in further support of their motion.[6]

Defendants' motions here are nearly identical to those filed by Defendants, and granted by this Court, in other B3 cases. *See, e.g., Carpenter v. BP Expl. & Prod., Inc.*, 2022 WL 2757416 (E.D. La. July 14, 2022); *Johns v. BP Expl. & Prod. Inc.*, 2022 WL 1811088 (E.D. La. June 2,

---

[1] R. Doc. 57.
[2] R. Doc. 60.
[3] R. Doc. 67.
[4] R. Doc. 58.
[5] R. Doc. 59.
[6] R. Doc. 69.

2022); *Johnson v. BP Expl. & Prod. Inc.*, 2022 WL 1811090 (E.D. La. June 2, 2022); *Macon v. BP Expl. & Prod. Inc.*, 2022 WL 1811135 (E.D. La. June 2, 2022); *Murray v. BP Expl. & Prod. Inc.*, 2022 WL 1811138 (E.D. La. June 2, 2022); *Street v. BP Expl. & Prod. Inc.*, 2022 WL 1811144 (E.D. La. June 2, 2022).

Accordingly, for the reasons stated in the Orders & Reasons issued in those cases,

IT IS ORDERED that Defendants' *Daubert* motion to exclude Cook (R. Doc. 57) is GRANTED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment (R. Doc. 58) is GRANTED, and Frazier's claims against them are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 11th day of August, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE